## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:18-cv-80911-BB

JERRY EISENBAND, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

SCHUMACHER AUTOMOTIVE, INC.,
a Florida Corporation,

    Defendant.

_____/

## **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT**

    COMES NOW Defendant, SCHUMACHER AUTOMOTIVE, INC., by and through its undersigned counsel and files this Answer to Plaintiff's Class Action Complaint (hereinafter "Complaint") and Affirmative Defenses and in support states as follows:

### **NATURE OF THE ACTION**

1. Defendant makes no answer to the allegations pleaded in paragraph 1 of the Complaint to the extent they are conclusions of law. To the extent that an answer is required, Defendant denies it knowingly and willfully violated the TCPA.

2. Defendant denies the allegations pleaded in paragraph 2 of the Complaint.

3. Defendant denies the allegations pleaded in paragraph 3 of the Complaint.

4. Defendant makes no answer to the allegations pleaded in paragraph 4 of the Complaint to the extent they are conclusions of law. To the extent that an answer is required, Defendant denies the allegations regarding its alleged "illegal actions."

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 2 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 2

## JURISDICTION AND VENUE

5. Defendant makes no answer to the allegations pleaded in paragraph 5 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant admits that the Court maintains subject matter jurisdiction over claims alleging violations of the TCPA.

6. Defendant admits the allegations pleaded in paragraph 6 of the Complaint where it resides and conducts business to confer proper venue in the Southern District of Florida. Defendant denies the remaining allegations alleged therein.

## PARTIES

7. Defendant is without knowledge of the allegations pleaded in paragraph 7 of the Complaint, therefore they are denied.

8. Defendant admits the allegations pleaded in paragraph 8 of the Complaint that it is a Florida corporation. Defendant admits it directs, markets and provides its business activities in the State of Florida.

## THE TCPA

9. Defendant makes no answer to the allegations pleaded in paragraph 5 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded in paragraph 9 of the Complaint, therefore they are denied.

10. Defendant makes no answer to the allegations pleaded in paragraph 10 of the Complaint to the extent they are conclusions of law. To the extent an answer is required,

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 3 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 3

Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

11. Defendant makes no answer to the allegations pleaded in paragraph 11 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

12. Defendant makes no answer to the allegations pleaded in paragraph 12 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

13. Defendant makes no answer to the allegations pleaded in paragraph 13 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

14. Defendant makes no answer to the allegations pleaded in paragraph 14 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

15. Defendant makes no answer to the allegations pleaded in paragraph 15 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 4 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 4

16. Defendant makes no answer to the allegations pleaded in paragraph 16 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

17. Defendant makes no answer to the allegations pleaded in paragraph 17 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

18. Defendant makes no answer to the allegations pleaded in paragraph 18 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

19. Defendant makes no answer to the allegations pleaded in paragraph 19 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

20. Defendant makes no answer to the allegations pleaded in paragraph 20 of the Complaint to the extent they are conclusions of law. To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

21. Defendant makes no answer to the allegations pleaded in paragraph 21 of the Complaint to the extent they are conclusions of law. To the extent an answer is

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 5 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 5

required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

22. Defendant makes no answer to the allegations pleaded in paragraph 22 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

23. Defendant makes no answer to the allegations pleaded in paragraph 23 of the Complaint to the extent they are conclusions of law.  To the extent an answer is required, Defendant is without knowledge of the allegations pleaded therein, therefore they are denied.

## FACTS

24.  Defendant denies the allegations pleaded in paragraph 24 of the Complaint.

25. Defendant is without knowledge of the allegations pleaded in paragraph 25 of the Complaint, therefore they are denied.

26. Defendant denies the allegations pleaded in paragraph 26 of the Complaint.

27. Defendant denies the allegations pleaded in paragraph 27 of the Complaint.

28. Defendant is without knowledge as to Plaintiff received the subject texts within this judicial district and, therefore, Defendant's violation of the TCPA occurred within this district. Defendant denies as to upon information and belief; Defendant caused other text messages to be sent to individuals residing within this judicial district.

29. Defendant is without knowledge of the allegations pleaded in paragraph 29 of the Complaint, therefore they are denied.

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 6

30. Defendant is without knowledge of the allegations pleaded in paragraph 30 of the Complaint, therefore they are denied.

31. Defendant denies the allegations pleaded in paragraph 31 of the Complaint.

32. Defendant is without knowledge of the allegations pleaded in paragraph 32 of the Complaint, therefore they are denied.

33. Defendant is without knowledge of the allegations pleaded in paragraph 33 of the Complaint, therefore they are denied.

34. Defendant is without knowledge of the allegations pleaded in paragraph 34 of the Complaint, therefore they are denied.

35. Defendant denies the allegations pleaded in paragraph 35 of the Complaint.

## **CLASS ALLEGATIONS**

### **PROPOSED CLASS**

36. Defendant denies the allegations pleaded in paragraph 36 of the Complaint.

37. Defendant denies the allegations pleaded in paragraph 37 of the Complaint.

38. Defendant is without knowledge of the allegations pleaded in paragraph 38 of the Complaint, therefore they are denied.

### **NUMEROSITY**

39. Defendant denies the allegations pleaded in paragraph 39 of the Complaint.

40. Defendant is without knowledge of the allegations pleaded in paragraph 40 of the Complaint, therefore they are denied.

### **COMMON QUESTIONS OF LAW AND FACT**

41. Defendant denies the allegations pleaded in paragraph 41 of the Complaint.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 7 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 7

42. Defendant denies the allegations pleaded in paragraph 42 of the Complaint.

### TYPICALITY

43. Defendant denies the allegations pleaded in paragraph 43 of the Complaint.

### PROTECTING THE INTERESTS OF THE CLASS MEMEBERS

44. Defendant is without knowledge of the allegations pleaded in paragraph 44 of the Complaint, therefore they are denied.

### PROCEEDING VIA CLASS ACTION IS SUPERIOR AND ADVISABLE

45. Defendant denies the allegations pleaded in paragraph 45 of the Complaint.

46. Defendant denies the allegations pleaded in paragraph 46 of the Complaint.

### COUNT I
### Violations of the TCPA, 47 U.S.C. §227(b)
### (On Behalf of Plaintiff and the Class)

47. Defendant re-avers its responses to paragraphs 1-46 above and further responds as follows:

48. Defendant is without knowledge of the allegations pleaded in paragraph 48 of the Complaint, therefore they are denied.

49. Defendant is without knowledge of the allegations pleaded in paragraph 49 of the Complaint, therefore they are denied.

50. Defendant denies the allegations pleaded in paragraph 50 of the Complaint.

51. Defendant denies the allegations pleaded in paragraph 51 of the Complaint.

52. Defendant denies the allegations pleaded in paragraph 52 of the Complaint.

53. Defendant denies the allegations pleaded in paragraph 53 of the Complaint.

54. Defendant denies the allegations pleaded in paragraph 54 of the Complaint.

55. Defendant denies the allegations pleaded in paragraph 55 of the Complaint.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 8 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 8

## COUNT II
### Knowing and/or Willful Violation of the TCPA, 47 U.S.C. §227(b)
**(On Behalf of Plaintiff and the Class)**

56. Defendant re-avers its responses to paragraphs 1-46 above and further responds to the allegations as follows:

57. Defendant denies the allegations pleaded in paragraph 57 of the Complaint.

58. Defendant denies the allegations pleaded in paragraph 58 of the Complaint.

59. Defendant denies the allegations pleaded in paragraph 59 of the Complaint.

60. Defendant denies the allegations pleaded in paragraph 60 of the Complaint.

### **DEFENDANT'S AFFIRMATIVE DEFENSES**

#### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

The Complaint fails to state a claim upon which relief may be granted.

#### SECOND AFFIRMATIVE DEFENSE
(Lack of Standing)

The Complaint and each purported claim contained therein are barred to the extent that Plaintiff or any member of the putative class is found to lack standing.

#### THIRD AFFIRMATIVE DEFENSE
(Prior Express Consent)

The Complaint and each purported claim contained therein are barred to the extent that Plaintiff or any member of the putative class provided consent for the alleged text messages.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 9 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 9

### FOURTH AFFIRMATIVE DEFENSE
(No Automated Dialer)

The Complaint and each purported claim contained therein are barred to the extent that Defendant, or any third party found to be acting on its behalf, did not employ an ATDS to transmit the alleged text messages.

### FIFTH AFFIRMATIVE DEFENSE
(Waiver, Estoppel, Laches, Unclean Hands, Ratification, and Statute of Limitations)

The claims asserted in the Complaint are barred, in whole or in part, by the doctrines of waiver, estoppel, laches, unclean hands, ratification, and/or applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE
(Plaintiff's Own Actions or Inaction)

Plaintiff's damages, and the damages of the members of the putative class, if any, have been caused by his/their own action or inaction, including, but not limited to, his/their provision of prior express consent to receive the alleged text messages.

### SEVENTH AFFIRMATIVE DEFENSE
(Defenses Specific to Class Members)

Defendant may have additional unique affirmative defenses applicable to different putative members of Plaintiff's proposed class.  BSA reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 10 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 10

### EIGHTH AFFIRMATIVE DEFENSE
(Third Parties)

The matters that are the subject of this Complaint and the actions complained of therein are attributable to third parties over whom Defendant had no control or right to control, and recovery therefore is barred or limited.

### NINETH AFFIRMATIVE DEFENSE
(Substantial Compliance with Law)

Defendant is not liable to Plaintiff or members of the putative class because Defendant acted reasonably and with due care and substantially complied with all applicable statutes, regulations, ordinances, and/or other laws. In the alternative, any alleged violation of the TCPA was not willful.

### TENTH AFFIRMATIVE DEFENSE
(Class Action Improper)

Plaintiff's claims, and the claims of the members of the putative class, if any, fail to meet the necessary requirements for class certification under Federal Rule of Civil Procedure 23, including class ascertainability, typicality, commonality, numerosity, manageability, superiority, adequacy of the class representative, and lack of a community of interest among the putative class, and because class certification is inappropriate due to Defendant's lawful practices.

### **RESERVATION OF DEFENSES**

Defendant expressly reserves the right to amend and/or add additional defenses and affirmative defenses as discovery and investigation continues.

Case 9:18-cv-80911-BB   Document 25   Entered on FLSD Docket 10/29/2018   Page 11 of 11

Jerry Eisenband et al. vs. Schumacher Automotive, Inc.
Case No. 9:18-cv-80911-BB
Defendant's Answer and Affirmative Defenses to Class Action Complaint
Page 11

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document is being served upon all attorneys of record by e-mail through the United States District Court's ECF system on this 29th day of October 2018.

KURKIN FOREHAND BRANDES LLP
Attorneys for Defendant
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
Tel: (305) 929-8500
Fax: (305) 675-0564
Primary:  cblinderman@kfb-law.com
Secondary: estella@kfb-law.com
Secondary  lbevans@kfb-law.com

By:  s/CRAIG H. BLINDERMAN
       CRAIG H. BLINDERMAN
       Florida Bar No. 896098