**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80911-BLOOM/Reinhart**

JERRY EISENBAND, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

SCHUMACHER AUTOMOTIVE, INC.,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [30], filed on January 10, 2019 that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal or notice of dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, on or before **January 25, 2019**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

Case No. 18-cv-80911-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record